# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZIA VANG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:21-cv-00488-SAB<br><br>ORDER RE: STIPULATED MOTION TO MODIFY BRIEFING SCHEDULE<br><br>(ECF Nos. 14, 15) |

On April 28, 2022, the parties submitted a stipulation to extend the time for Plaintiff to file an opening brief, which the Court construes as a stipulated motion to modify the scheduling order. (ECF No. 15.) The parties see a sixty-day extension of time to file Plaintiff's opening brief from May 2, 2022, to July 1, 2022. The parties proffer good cause exists due to the significant number of Social Security appeals currently being filed and because counsel underwent major surgery on March 17, 2022, is dealing with post-operation pain and the secondary effects of medications, must attend physical therapy four days a week, and can currently still only work for short periods at a time on the briefing. The Court is sufficiently satisfied that good cause exists to grant the requested extension. However, counsel is advised that the Court has granted a number of extensions for him in related cases and is not inclined to grant further extensions absent a very strong showing of good cause, based on different circumstances than those presently addressed in this order.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall have until **July 1, 2022**, to file Plaintiff's opening brief; and
2. All remaining deadlines as set forth in the amended scheduling order (ECF No. 14) shall be modified accordingly.

IT IS SO ORDERED.

Dated: **April 29, 2022**

UNITED STATES MAGISTRATE JUDGE