# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZIA VANG,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:21-cv-00488-SAB<br><br>ORDER GRANTING STIPULATED MOTION EXTENDING BRIEFING SCHEDULE<br><br>(ECF No. 21) |

On August 11, 2022, the parties filed a stipulated motion requesting Defendant's opposition deadline be extended from August 15, 2022, to October 14, 2022. (ECF No. 21.) The Court finds good cause to grant the requested extension.

Accordingly, pursuant to the agreement of the parties, IT IS HEREBY ORDERED that:

1. The stipulated motion is GRANTED; and
2. Defendant shall file an opposition brief on or before October 14, 2022.

IT IS SO ORDERED.

Dated:   **August 11, 2022**

UNITED STATES MAGISTRATE JUDGE

1